**Kimberly AIELLO, Appellant,**

v.

**CITY OF OVERLAND and Division of Employment Security, Respondents.**

**No. ED101651**

Missouri Court of Appeals, Eastern District, **Division Four.**

FILED: March 3, 2015

Erica J. Mazzotti, John J. Ammann, St. Louis University Law Clinic, 100 N. Tucker, St. Louis, MO 63101, for appellant.

Ninion S. Riley, P.O. Box 59, Jefferson City, Missouri 65104 for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### ORDER

PER CURIAM

Kimberly Aiello ("Appellant") appeals from a judgment of the Missouri Labor and Industrial Relations Commission ("the Commission") denying her unemployment compensation under Section 288.050, RSMo (2014). We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).